STATE OF ILLINOIS )
) SS
COUNTY OF KANE )

**PH**   **08 C 923**

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL
CIRCUIT, KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| KATHRYN BLISS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | NO:07 LK 632 |
| | ) | |
| HARINAM EXPRESS LLC | ) | |
| and PETER CORBETT | ) | |
| Defendants | ) | |

**JUDGE DOW**
**MAGISTRATE JUDGE VALDEZ**

### FIRST AMENDED COMPLAINT AT LAW

### COUNT I

Now comes the Plaintiff Kathryn Bliss, by and through her attorneys Ralph R. Hruby Ltd., and complaining of the Defendant Harinam Express LLC states as follows:

1. That on October 23, 2007 609 Kirk Rd. was in the City of St. Charles, County of Kane, State of Illinois.

2. That on October 23, 2007 the Plaintiff Kathryn Bliss was lawfully on said premises and was performing her duties as an employee of Pier One Inc.

3. That on October 23, 2007 the Defendant Harinam Express LLC was a trucking company engaged in the transfer and delivery of goods and products.

4. That on October 23, 2007 a truck owned and/or operated by the Defendant Harinam Express LLC and under the control of its duly authorized agent and servant, Peter Corbett, was on the property commonly known as 609 Kirk Rd. St. Charles Illinois in order to deliver a load of goods and/or products to Pier One Inc.

5. That at all times relevant hereto the Plaintiff Kathryn Bliss was in the process of unloading the truck owned and/or operated by the Defendant Harinam Express LLC on the property commonly known as 609 Kirk Rd. St. Charles Illinois.

6. That at all times relevant hereto the Defendant Harinam Express LLC, by and through the actions of its duly authorized agent and servant, Peter Corbett, was under a duty to exercise


EXHIBIT A

ordinary care for the safety of others.

7. That despite said duty of care the Defendant Harinam Express LLC, by and through the actions of its duly authorized agent and servant, Peter Corbett, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

 a.) Carelessly and negligently moved its truck without first determining whether it was safe to do so;
 b.) Carelessly and negligently moved its truck without first determining whether the unloading process had been completed;
 c.) Carelessly and negligently failed to give any warning before moving its truck; and
 d.) Was otherwise careless and negligent.

8. That as a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions the Plaintiff Kathryn Bliss was caused personal injury, pain and suffering, and disfigurement and has been unable to attend to her ordinary affairs and duties and has lost certain sums of money which she otherwise would have made and acquired and has become liable for certain sums of money for medical and hospital care and attention.

Wherefore, Plaintiff Kathryn Bliss asks judgment of the Defendant Harinam Express LLC

in a sum in excess of $50,000 (Fifty Thousand Dollars) plus costs of suit.

## COUNT II

Now comes the Plaintiff, Kathryn Bliss, by and through her attorneys Ralph R. Hruby Ltd. and complaining of the Defendant, Peter Corbett, states as follows:

1-5. Plaintiff adopts and realleges the allegations in paragraphs 1-5 of Count I as and for her allegations in paragraphs 1-5 of Count II as though fully set forth herein.

6. That at all times relevant hereto the Defendant, Peter Corbett, was under a duty to exercise ordinary care for the safety of others.

7. That despite said duty of care the Defendant, Peter Corbett, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

 a.) Carelessly and negligently moved his truck without first determining whether it was safe to do so
 b.) Carelessly and negligently moved his truck without first determining whether the unloading process had been completed;
 c.) Carelessly and negligently failed to give any warning before moving his truck; and
 d.) Was otherwise careless and negligent.

8. That as a direct and proximate result of one or more of the foregoing careless and negligent

acts and/or omissions the Plaintiff, Kathryn Bliss, was caused personal injury, pain and suffering, disfigurement and has been unable to attend to her ordinary affairs and duties and has lost certain sums of money which she otherwise would have made an acquired and has become liable for certain sums of money for medical and hospital care and attention.

Wherefore, Plaintiff Kathryn Bliss, asks judgment of the Defendant, Peter Corbett, in a sum in excess of $50,000 plus costs of suit.

                              Ralph R. Hruby Ltd.

                              By Ralph R. Hruby
                              Attorneys for Plaintiff

Ralph R. Hruby Ltd.
4320 Winfield Road
Suite 200
Warrenville, IL 60555
(630) 462-1400
Attorney No.6181975