2007 sbk.avs

**PH**                                                              **08 C 923**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGE DOW** |
| vs. | ) Case No.  **MAGISTRATE JUDGE VALDEZ** |
| | ) |
| HARINAM EXPRESS LLC., and | ) |
| PETER CORBETT, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF INVESTIGATOR

1. I, Doug Marshall, am an adult over the age of twenty-one (21) years of age and would testify to the following as true and accurate.

2. I have conducted a background investigation and confirmed that Plaintiff KATHRYN BLISS is currently domiciled at 418 S. Cornell, Villa Park, IL 60181.

3. I certify to the above and in accordance with 1-109 of the Code of Civil Procedure of Illinois. I swear to the above as true and accurate under penalty of perjury.

_____
Doug Marshall



EXHIBIT B

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Doug Marshall

2

FEB-05-2008 14:52 From:HAYNES STUDNICKA    3125336655    To:18478706769    P.3/3

FEB-07-2008 09:40PM    From:    ID:HAYNES STUDNICKA    Page:003    R=96%