FILED
FEBRUARY 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE DOW
MAGISTRATE JUDGE VALDEZ

08 C 923

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** KATHRYN BLISS

County of Residence: **Kane**

Plaintiff's Atty:
Ralph R. Hruby
4320 Winfield Rd., Ste. 200
Warrenville, IL 60555
(630) 462-1400

**Defendant(s):** HARINAM EXPRESS LLC and PETER CORBETT

County of Residence: **Orange**

Defendant's Atty:
Shimon B. Kahan
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
312-332-6644

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
  Plaintiff: **1 Citizen of This State**
  Defendant: **4 NC corp or Principal place of Bus. in NC**

IV. Origin: **2. Removed From State Court**

V. Nature of Suit: **360 Other Personal Injury**

VI. Cause of Action: **Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332**

VII. Requested in Complaint
  Class Action:
  Dollar Demand: **Greater than $75,000**
  Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/ Shimon B. Kahan

Date: February 13, 2008

Revised: 06/28/00