**FILED**
**FEBRUARY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

PH

**08 C 923**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: **JUDGE DOW**
                                                                            **MAGISTRATE JUDGE VALDEZ**

KATHRYN BLISS v. HARINAM EXPRESS LLC and PETER CORBETT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HARINAM EXPRESS LLC and PETER CORBETT

| NAME (Type or print) |  |
|---|---|
| Alton C. Haynes |  |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) |  |
| /s/ Alton C. Haynes |  |
| FIRM |  |
| HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |  |
| STREET ADDRESS |  |
| 200 W. Adams St., Ste. 500 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606-5215 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3127996 | 312/332-6644 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐