2097 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 CV 923 |
| ) | |
| HARINAM EXPRESS LLC., and ) | Judge: Dow, Jr. |
| PETER CORBETT, ) | |
| ) | Magistrate Judge: Valdez |
| Defendants. ) | |

## NOTICE OF FILING

To:   Ralph R. Hruby, Ltd.
      4320 Winfield Rd., Ste. 200
      Warrenville, IL 60555

YOU ARE HEREBY NOTIFIED that on *February 19, 2008*, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, Defendants' *Answer to Plaintiff's First Amended Complaint at Law*, a copy of which is attached hereto and served upon you.

Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the Ralph R. Hruby, Ltd. on February 19, 2008.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172