H/H

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BLISS
v
HARINAM EXPRESS, LLC et al

Case Number:

08cv923

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
MAR 03 2008
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | RALPH R. HRUBY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ralph R.H. | |
| FIRM | LAW OFFICES OF RALPH R. HRUBY LTD. |
| STREET ADDRESS | 4320 WINFIELD ROAD #200 |
| CITY/STATE/ZIP | WARRENVILLE IL 60555 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL 6181975 | TELEPHONE NUMBER 630 462 1400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐