2097 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN BLISS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008 CV 923 |
| | ) | |
| HARINAM EXPRESS LLC., and | ) | Judge: Robert M. Dow, Jr. |
| PETER CORBETT, | ) | |
| | ) | Magistrate Judge: Maria Valdez |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Ralph R. Hruby, Ltd.
     4320 Winfield Rd., Ste. 200
     Warrenville, IL 60555

On **Tuesday, April 15, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1919 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present, ***Defendant Counter-Plaintiffs' Motion for Leave to File***, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE

I certify that a copy of the above-indicated document were electronically filed and mailed to each person to whom it is directed at the address above indicated by depositing same in the U. S. Mail at 200 West Adams Street, Suite 500, Chicago, Illinois at or before 4:30 p.m. on April 7, 2008, with proper postage prepaid.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172
Allison V. Smith – ARDC No. 6284013
HAYNES, STUDNICKA, KAHAN & O'NEILL, LLC
Attorneys for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com