IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 CV 923 |
| ) | Judge : Dow, Jr. |
| HARINAM EXPRESS LLC., and ) | Magistrate Judge: Valdez |
| PETER CORBETT ) | |
| Defendants ) | |

### NOTICE OF FILING

To: Alton C. Haynes          Shimon B. Kahan          Allison Smith
    200 W. Adams St.         200 W. Adams St.         200 W. Adams St.
    Suite 500                Suite 500                Suite 500
    Chicago Il. 60606        Chicago Il 60606         Chicago Il 60606

    YOU ARE HEREBY NOTIFIED that on April 8, 2008, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn St, Chicago, IL, an Initial Status Report, a copy of which is attached hereto and served upon you.

Ralph R. Hruby-ARDC No. 6181975
Ralph R. Hruby Ltd.
Attorney for Plaintiff
4320 Winfield Road
Suite 200
Warrenville Illinois 60555
630-462-1400
hrubyltd@aol.com

### CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2008,I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that copies of same were electronically served upon the individuals identified above.

                                 /s/ Ralph R. Hruby
                                 Ralph R. Hruby-ARDC No.6181975