2097 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS,<br><br>Plaintiff,<br><br>vs.<br><br>HARINAM EXPRESS LLC., and<br>PETER CORBETT,<br><br>Defendants.<br><br>HARINAM EXPRESS LLC., and<br>PETER CORBETT,<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>PIER ONE, INC.,<br><br>Counter-Defendant. | Case No. 2008 CV 923<br><br>Judge: Dow, Jr.<br><br>Magistrate Judge: Valdez |

## NOTICE OF FILING

To: Ralph R. Hruby, Ltd.
4320 Winfield Rd., Ste. 200
Warrenville, IL 60555

    YOU ARE HEREBY NOTIFIED that on *April 16, 2008*, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, ***Counterclaim for Contribution Against Pier One, Inc.***, a copy of which is attached hereto and served upon you.

Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the Ralph R. Hruby, Ltd. on April 16, 2008.

                                            /s/ Shimon B. Kahan
                                            Shimon B. Kahan - ARDC No. 6207172