# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 923 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Bliss vs. Harinam | | |

**DOCKET ENTRY TEXT**

Status hearing held. MOTION by Defendants Harinam Express LLC, Peter Corbett for leave to file [11] Counterclaim for Contribution against Pier One, Inc. is Granted. Rule 26(a) disclosures will be made by the parties on or before 5/1/08. Written discovery requests will be served on or before 6/1/08. Parties and fact witnesses will be deposed on or before 9/15/08. Fact discovery to closed on or before 9/15/08. Parties will make Rule 26(a)(2) disclosures on or before 11/15/08. Rule 26(a)(2) witnesses will be deposed on or before 1/15/09. Defendants to file position paper regarding expert witness on or before 6/16/08 and plaintiff to respond by 6/30/08.
Status hearing set for 9/4/08 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|