2097 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 CV 923 |
| ) | |
| HARINAM EXPRESS LLC., and ) | Judge Robert M. Dow, Jr. |
| PETER CORBETT, ) | |
| ) | Magistrate Judge: Valdez |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW BY ATTORNEY ALLISON V. SMITH AS COUNSEL FOR DEFENDANTS HARINAM EXPRESS, INC. AND PETER CORBETT

Now comes counsel for Defendants, HARINAM EXPRESS LLC., and PETER CORBETT, and for its motion to withdraw appearance of Allison V. Smith, they state as follows:

1.  Shimon B. Kahan, Allison V. Smith, and other attorneys of the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC have filed appearances on behalf of Defendants HARINAM EXPRESS LLC., and PETER CORBETT.

2.  Allison V. Smith (ARDC No. 6284013) no longer is employed by the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC.

3.  Shimon B. Kahan and other attorneys of the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC will continue to represent Defendants HARINAM EXPRESS LLC., and PETER CORBETT in this matter.

4.  No party will suffer prejudice from the allowance of this motion.

1

WHEREFORE, ALLISON V. SMITH respectfully requests that this Honorable Court issue an order withdrawing her appearance and terminate her appearance from this matter on behalf of Defendants, HARINAM EXPRESS LLC., and PETER CORBETT. Defendants further request that this motion be granted without hearing.

          Respectfully Submitted,

          HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER LLC

          /s/ Shimon B. Kahan
          Shimon B. Kahan - Attorney No. 6207172
          HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
          Attorneys for Defendants
          200 W. Adams St., Ste. 500
          Chicago, IL 60606-5215
          Tel: (312) 332-6644