2097 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 CV 923 |
| ) | |
| HARINAM EXPRESS LLC., and ) | Judge: Robert M. Dow, Jr. |
| PETER CORBETT, ) | |
| ) | Magistrate Judge: Maria Valdez |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Ralph R. Hruby, Ltd.  
  4320 Winfield Rd., Ste. 200  
  Warrenville, IL 60555

cc: Judge Robert M. Dow, Jr.  
  219 S. Dearborn St., Room 1914  
  Chicago, Illinois

  On ***Thursday, May 8, 2008*** at ***9:15 a.m.***, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1919 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present, ***Motion For Leave To Withdraw By Attorney Allison V. Smith***, a copy of which is attached hereto.

Shimon B. Kahan, ARDC No. 6207172  
Attorneys For: Defendants  
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC  
200 W. Adams St., Ste. 500  
Chicago, IL 60606-5215  
Tel: (312) 332-6644  
skahan@hskolaw.com

1-109 Certificate

  I certify, under the law that I served this Notice by electronic filing and mailing a copy to each person to whom it is directed at the address above indicated on May 1, 2008, with proper postage pre-paid.

/s/ Shimon B. Kahan
