**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
KATHRYN BLISS,
          Plaintiff,
v.
HARINAM EXPRESS, L.L.C. and
PETER CORBETT,
          Defendants.

Case Number: 2008 CV 923
Judge: Dow, Jr.
Magistrate Judge: Valdez

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, PIER ONE, INC. AND DEMANDS TRIAL BY JURY (12 person).

| | |
|---|---|
| NAME (Type or print) <br> MARK T. McANDREW | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark T. McAndrew/6274068 | |
| FIRM <br> HENNESSY & ROACH, P.C. | |
| STREET ADDRESS <br> 140 S. DEARBORN, 7TH FLOOR | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274068 | TELEPHONE NUMBER <br> (312)346-5010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |