**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHRYN BLISS,<br>    Plaintiff,<br><br>V.<br><br>HARINAM EXPRESS, L.L.C. and<br>PETER CORBETT,<br>    Defendants. | NO. 2008 CV 923 |

### NOTICE OF FILING

TO:  Mr. Ralph Hruby             Shimon B. Kahan
      4320 Winfield Road       Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
      Suite 200                   200 W. Adams Street, Suite 500
      Warrenville, Illinois 60555  Chicago, Illinois 60606-5215

PLEASE TAKE NOTICE that the attached below listed documents were filed with the Clerk of the U. S. District Court for the Northern District of Illinois, Eastern Division, this 16th day of May, 2008.

1. **Appearance of Defendant, Pier One.**

                        By:   s/Mark T. McAndrew- 6274068

### CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath, states that service of the above Notice of Filing by mailing true and correct copies of said documents this 16th day of May, 2008, before 5:00 p.m. by depositing same in the United States Mail at Chicago, Illinois, postage prepaid and addressed to the person(s) listed above.

*/s/ Dianna Haas/*

SUBSCRIBED and SWORN to before
me this 16TH day of May, 2008

_____
NOTARY PUBLIC

HENNESSY & ROACH, P.C.
140 S. Dearborn, 7th Floor
Chicago, IL 60603
(312) 346-5310
Attorney No. 30973

Official Seal
Jennifer Anne Greig
Notary Public State of Illinois
My Commission Expires 02/15/2012