U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS,<br>　　Plaintiff,<br>v.<br>HARINAM EXPRESS, L.L.C. and<br>PETER CORBETT,<br>　　Defendants.<br>---<br>HARINAM EXPRESS, LLC., and<br>PETER CORBETT,<br>　　Counter-Plaintiffs,<br>v.<br>PIER ONE, INC.<br>　　Counter-Defendant. | NO. 2008 CV 923<br>Judge: Dow, Jr.<br>Magistrate Judge: Valdez |

## NOTICE OF FILING

TO:　Mr. Ralph Hruby　　　　　　　Shimon B. Kahan
　　　4320 Winfield Road　　　　　Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
　　　Suite 200　　　　　　　　　　200 W. Adams Street, Suite 500
　　　Warrenville, Illinois 60555　　Chicago, Illinois 60606-5215

　　　PLEASE TAKE NOTICE that the attached below listed documents were filed with the Clerk of the U. S. District Court for the Northern District of Illinois, Eastern Division, this ___ day of May, 2008.

1. **Answer of Counter-Defendant, Pier 1 Imports (U.S.), Inc. (incorrectly named as Pier One, Inc.) to the Counterclaim for Contribution filed by Defendant/Counter-Plaintiffs, Harinam Express, LLC. And Peter Corbett.**

　　　　　　　　　　　　　　　　　　By:　s/Mark T. McAndrew- 6274068

### CERTIFICATE OF MAILING

　　　The undersigned, being first duly sworn on oath, states that service of the above Notice of Filing by mailing true and correct copies of said documents this ___ day of May, 2008, before 5:00 p.m. by depositing same in the United States Mail at Chicago, Illinois, postage prepaid and addressed to the person(s) listed above.

　　　　　　　　　　　　　　　　　　_____Dianna Haas_____

SUBSCRIBED and SWORN to before
me this ___ day of May, 2008

_____
NOTARY PUBLIC
HENNESSY & ROACH, P.C.
140 S. Dearborn, 7th Floor
Chicago, IL 60603
(312) 346-5310
Attorney No. 30973

"OFFICIAL SEAL"
Cheryl L Veile
Notary Public, State of Illinois
Commission Expires 4/23/2011