2097 sbk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN BLISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2008 CV 923 |
| | ) |
| HARINAM EXPRESS LLC., and | ) Judge: Dow, Jr. |
| PETER CORBETT, | ) |
| | ) Magistrate Judge: Valdez |
| Defendants. | ) |

**NOTICE OF FILING**

To: Ralph R. Hruby, Ltd.
4320 Winfield Rd., Ste. 200
Warrenville, IL 60555

YOU ARE HEREBY NOTIFIED that on *June 16, 2008*, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, *Additional Appearance and Defendants' Memorandum of Law Regarding Expert Witness Characterization*, copies of which are attached hereto and served upon you.

Elana K. Seifert - ARDC No. 6244819
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the Ralph R. Hruby, Ltd. on June 16, 2008.

/s/ Elana K. Seifert
Elana K. Seifert - ARDC No. 6244819