## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN BLISS | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008 CV 923 |
| | ) | Judge : Dow, Jr. |
| HARINAM EXPRESS LLC., and | ) | Magistrate Judge: Valdez |
| PETER CORBETT | ) | |
| Defendants | ) | |

### NOTICE OF FILING

| To: Alton C. Haynes | Shimon B. Kahan | Elana K. Seifert |
|---|---|---|
| 200 W. Adams St. | 200 W. Adams St. | 200 W. Adams St. |
| Suite 500 | Suite 500 | Suite 500 |
| Chicago Il. 60606 | Chicago Il 60606 | Chicago Il 60606 |

YOU ARE HEREBY NOTIFIED that on July 1, 2008, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn St, Chicago, IL, **Plaintiff's Memorandum Of Law Regarding Treating Physician Disclosure Requirements**, a copy of which is attached hereto and served upon you.

Ralph R. Hruby-ARDC No. 6181975
Ralph R. Hruby Ltd.
Attorney for Plaintiff
4320 Winfield Road
Suite 200
Warrenville Illinois 60555
630-462-1400
hrubyltd@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that copies of same were electronically served upon the individuals identified above.

/s/ Ralph R. Hruby
Ralph R. Hruby-ARDC No.6181975