**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Kathryn Bliss
          Plaintiff,

v.                 Case No.: 1:08−cv−00923
                 Honorable Robert M. Dow Jr.

Harinam Express LLC, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 9/4/2008. Discovery cutoff dates are ordered suspended until further order of this Court. Third−Party Employer's oral motion for leave to file affirmative defense by 9/18/08 is granted. Status hearing set for 1/14/2009 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.