**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KATHRYN BLISS,<br>    Plaintiff, <br><br>v.<br><br>HARINAM EXPRESS, L.L.C. and<br>PETER CORBETT,<br>    Defendants.<br>------------------------------------------------<br>HARINAM EXPRESS, LLC., and<br>PETER CORBETT,<br>    Counter-Plaintiffs,<br>v.<br>PIER ONE, INC.<br>    Counter-Defendant. | )<br>)<br>)   NO. 2008 CV 923<br>)<br>)   Judge: Dow, Jr.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF NOTICE OF ELECTRONIC FILING OF AFFIRMATIVE DEFENSES

TO:   Mr. Ralph Hruby                   Shimon B. Kahan
        4320 Winfield Road            Haynes, Studnicka, Kahan, O'Neill & Miller
        Suite 200                           200 W. Adams Street, Suite 500
        Warrenville, Illinois 60555      Chicago, Illinois 60606-5215

    PLEASE TAKE notice that the attached below listed document was filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, this 4th day of September, 2008.

    1.    Affirmative Defense of Counter-Defendant Pier 1 Imports (U.S.), Inc.

                                                By:    s:/Mark T. McAndrew - 6274068

### Certificate of Mailing

    The undersigned being duly sworn on oath, states that service of the above Notice of Electronic Filing by mailing a true and accurate copy of said document this 4th day of September, 2008, at 5:00 p.m by depositing same in the United States Mail at Chicago, Illinois, proper postage being duly affixed.

                                              s:/Mark T. McAndrew - 6270468

Hennessy & Roach, P.C.
140 S. Dearborn, 7th Floor
Chicago, Illinois 60603
312-346-5310
Attorney No.: 6274068

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHRYN BLISS,<br>    Plaintiff, | )<br>)<br>)   NO. 2008 CV 923 |
| v.<br>HARINAM EXPRESS, L.L.C. and<br>PETER CORBETT,<br>    Defendants.<br>-------------------------------------------------<br>HARINAM EXPRESS, LLC., and<br>PETER CORBETT,<br>    Counter-Plaintiffs,<br>v.<br>PIER ONE, INC.<br>    Counter-Defendant. | )<br>)   Judge: Dow, Jr.<br>)   Magistrate Judge: Valdez<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIRMATIVE DEFENSE**

NOW COMES the Counter-Defendant, PIER 1 IMPORTS (U.S.), INC. by and through its attorneys, Hennessy & Roach, P.C. and for its Affirmative Defense states as follows:

1. The Plaintiff, Kathryn Bliss was an employee of Pier 1 Imports (U.S.), Inc. at the time and place of the occurrence giving rise to this lawsuit.

2. The Plaintiff has received workers' compensation benefits pursuant to the Illinois Workers' Compensation Act, 820 ILCS 305/1 et seq.

3. In the event Pier 1 Imports (U.S.), Inc. is determined to be guilty of negligence which proximately caused or contributed to the injuries of the plaintiff, which liability is specifically denied, any such judgment must be limited to an

amount not greater than its workers' compensation liability set forth under Kotecki v. Cyclops Welding Corp., 136 Ill.2d 155 (Supreme Court, 1991).

          Respectfully submitted,

          HENNESSY & ROACH, P.C.

     By:   s/Mark T. McAndrew/6274068
         Mark T. McAndrew,
         Attorney for Counter-Defendant
         Pier 1 Imports (U.S.), Inc.

Hennessy & Roach, P.C.
140 South Dearborn Street, 7th Floor
Chicago, Illinois 60603
(312) 346-5310
Attorney No.: 6274068